# FILED

11/10/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0492

## IN THE SUPREME COURT OF THE STATE OF MONTANA
## THE OFFICE OF THE CLERK OF SUPREME COURT
## HELENA MONTANA

| | | |
|---|---|---|
| STATE OF MONTANA, | ) | Cause No. DA 22-0492 |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| ROBERT ERICKSON, | ) | |
| Defendant. | ) | |

Upon the motion of the Counsel and good cause appearing therefore;

IT IS HEREBY ORDERED:

The 30-day extension is GRANTED and rescheduled for the 12th day of December 2022.

DATED this 10th day of November, 2022.

_____
Judge

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 10 2022